In the Matter of James V. Gilloon, as Clerk of the Municipal Court of the City of New York, Respondent, *v.* Frederick E. Wood, Appellant.

*Matter of Gilloon* 91 App. Div. 613, affirmed.
(Argued March 15, 1904; decided March 29, 1904.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 27, 1904, which affirmed an order of Special Term requiring the appellant herein to deliver to the respondent all the books and papers appertaining to the office of clerk of the Municipal Court of the city of New York for the twelfth district, borough of Manhattan.

*Henry A. Forster* and *Robert C. McCormick* for appellant.

*Louis W. Stotesbury* for respondent.

Order affirmed, with costs ; no opinion.
Concur : Parker, Ch. J., Gray, O'Brien, Haight, Martin, Cullen and Werner, JJ.

---

The People of the State of New York ex rel. Henry H. Brewster, Appellant, *v.* The Old Guard of the City of New York et al., Respondents.

*People ex rel. Brewster* v. *Old Guard,* 87 App. Div. 478, affirmed.
(Argued March 15, 1904; decided March 29, 1904.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 21, 1903, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendants to restore relator to membership in the Old Guard of the city of New York.

*Oscar B. Thomas* for appellant.

*Asa Bird Gardiner* for respondents.

Order affirmed, with costs; no opinion.
Concur : Parker, Ch. J., Gray, O'Brien, Haight, Martin, Cullen and Werner, JJ.